```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01211
    MONICA WHITE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-2459


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/19/2008 and was confirmed 05/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE                 UNSEC W/INTER   1187.08              .00            .00
WELLS FARGO BANK            NOTICE ONLY    NOT FILED             .00            .00
WELLS FARGO BANK NA         CURRENT MORTG       .00              .00            .00
WELLS FARGO BANK NA         MORTGAGE ARRE  19294.05              .00        2590.60
AMERICAN EXPRESS            UNSEC W/INTER  NOT FILED             .00            .00
T MOBILE                    UNSEC W/INTER  NOT FILED             .00            .00
MONITRONICS INTERNATIONA    UNSEC W/INTER  NOT FILED             .00            .00
CHASE BP                    UNSEC W/INTER  NOT FILED             .00            .00
ECAST SETTLEMENT            UNSEC W/INTER   4531.73              .00            .00
CPU/CITI                    UNSEC W/INTER  NOT FILED             .00            .00
EMERGENCY MEDICAL SPECIA    UNSEC W/INTER  NOT FILED             .00            .00
HOME DEPOT                  UNSEC W/INTER  NOT FILED             .00            .00
JC PENNEY                   UNSEC W/INTER  NOT FILED             .00            .00
RUSH UNIVERSITY MEDICAL     UNSEC W/INTER  NOT FILED             .00            .00
VYRIDIAN REVENUE MANAGEM    UNSEC W/INTER  NOT FILED             .00            .00
DIRECTV INC                 UNSEC W/INTER  NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM    UNSEC W/INTER    672.51              .00            .00
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER   5288.73              .00            .00
ROUNDUP FUNDING LLC         UNSEC W/INTER   7478.98              .00            .00
KENNETH WHITE               NOTICE ONLY    NOT FILED             .00            .00
WELLS FARGO BANK            CURRENT MORTG       .00              .00            .00
WELLS FARGO BANK            MORTGAGE ARRE   2598.92              .00         348.95
GUARANTY BANK               CURRENT MORTG       .00              .00            .00
GLORIA BALFOUR              NOTICE ONLY    NOT FILED             .00            .00
JUDY DAVIS                  NOTICE ONLY    NOT FILED             .00            .00
ROUNDUP FUNDING LLC         UNSEC W/INTER   6907.79              .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     3,131.50                        3,131.50
TOM VAUGHN                  TRUSTEE                                           521.55
DEBTOR REFUND               REFUND                                          1,465.44

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01211 MONICA WHITE
```

```
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       8,058.04

PRIORITY                                                  .00
SECURED                                              2,939.55
UNSECURED                                                 .00
ADMINISTRATIVE                                       3,131.50
TRUSTEE COMPENSATION                                   521.55
DEBTOR REFUND                                        1,465.44
                            ---------------      ---------------
TOTALS                        8,058.04               8,058.04
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 01211 MONICA WHITE